IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**FILED**
MAR 27 2007
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By:_____
Deputy Clerk

BRENDA A. BLACKBURN,          )
                              )
       Plaintiff,             )
                              )
v.                            )     Case No. CIV-05-495-SPS
                              )
MICHAEL J. ASTRUE,            )
Commissioner of the Social    )
Security Administration,      )
                              )
       Defendant.             )

## JUDGMENT

In accordance with the Opinion and Order entered herein on March 27, 2007, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the decision of the Commissioner of the Social Security Administration is REVERSED and this case is REMANDED for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this 27th day of March, 2007.

_____
STEVEN P. SHREDER
UNITED STATES MAGISTRATE JUDGE